# CHRISTOPHER H. FITZGERALD
ATTORNEY AT LAW

233 Broadway, Suite 2348
New York, NY 10279
t. (212) 226-2275
f. (212) 226-3224
cfitzgerald@CHFLegal.com

---

Admitted to practice:   State of New York
                        State of New Jersey

November 14, 2021

<u>Via ECF</u>:
The Honorable Cathy L. Waldor
United States Magistrate Judge
District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut St., Courtroom 4C
Newark, NJ 07101

        **Re:**   *Dolores v. United States*
                **21-CV-765 (KSHCLW)**

Your Honor,

    I represent Plaintiff Jose Dolores in the above referenced action. I write to request, pursuant to Local Civil Rule 101.1(c) that Rob Rickner of Rickner PLLC, be admitted *pro hac vice* as counsel in this action for Mr. Dolores. Attached are certifications from both Mr. Rickner and me, as well as a proposed Order.

    We thank the Court for its consideration of this matter.

                                              Respectfully Submitted,

                                              Christopher H. Fitzgerald