UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DOLORES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | 21-cv-765 (KSH)(CLW)<br><br>HON. KATHERINE S. HAYDEN |

**CERTIFICATION OF CHRISTOPHER H. FITZGERALD, ESQ.
IN SUPPORT OF PRO HAC VICE APPLICATION
OF ROB RICKNER, ESQ.**

1. I am an attorney at law admitted in New York and the owner of The Law Offices of Christopher H. Fitzgerald located at 233 Broadway, Suite 2348, New York, New York 10279.

2. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

3. I submit this Certification in support of the application for the admission *pro hac vice* of Rob Rickner, Esq. of Rickner PLLC, 14 Wall Street, Suite 1603, New York, New York 10005 to appear in this action as co-counsel for Plaintiff Jose Dolores.

4. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me. Further, I agree to promptly notify the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings.

5. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings,

unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice*.

6. Plaintiffs in this matter consent and have no objection to the *pro hac vice* admission of my co-counsel.

7. On behalf Plaintiff Jose Dolores, I respectfully request that the Court grant its application to have Rob Rickner, Esq., admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1(c).

Dated: November 11, 2021
      New York, New York

_____
Christopher H. Fitzgerald, Esq.