UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DOLORES,<br><br>     Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | 21-cv-765 (KSH)(CLW)<br><br>HON. KATHERINE S. HAYDEN |

**CERTIFICATION OF ROB RICKNER, ESQ.
IN SUPPORT OF PRO HAC VICE ADMISSION**

1. I am an attorney at law admitted in New York and the owner of Rickner PLLC located at 14 Wall Street, Suite 1603, New York, New York 10005.

2. I make this Certification in support of my application for *pro hac vice* admission before this Court.

3. I am a member in good standing of the Bars of:

    a. New York (Admitted 2006 in the Second Department. The Clerk of Court's Address is 45 Monroe Place, Brooklyn, NY 11201);

    b. The Second Circuit Court of Appeals (Admitted 2017. The Clerk's Address is: 40 Foley Square, New York, New York 10007);

    c. The Southern District of New York (Admitted 2008. The Clerk of Court's Address is 500 Pearl Street New York, NY 10007);

    d. The Eastern District of New York (Admitted 2009. The Clerk of Court's Address is 225 Cadman Plaza East, Brooklyn, NY 11201);

    e. The Northern District of New York (Admitted 2018. The Clerk of Court's Address is James T. Foley U.S. Courthouse, Suite 509, 445 Broadway, Albany, NY 12207); and

    f. The Western District of New York (Admitted 2018. The Clerk of Court's Address is 2 Niagara Square, Buffalo, NY 14202).

4. I have never been disbarred or suspended.

5. There is good cause for my admission *pro hac vice* as I am familiar with the facts, issues and pleadings in this action and there will be no delay in this case if I am allowed to join Christopher H. Fitzgerald as co-counsel.

6. I am fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those Rules. The firm Christopher H. Fitzgerald has agreed to work with me and my firm in this action.

7. I agree to contribute to the New Jersey Lawyers' Fund for Client Protection and Ethics Financial Committee, such fees as required pursuant to New Jersey Court Rules 1:20-1(b) and 1:28-2.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 11, 2021
New York, New York

_____
Rob Rickner, Esq.