UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DOLORES,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 21-cv-765 (KSH)(CLW)<br><br>HON. KATHERINE S. HAYDEN |

**IT IS HEREBY ORDERED THAT:** This matter having come before the Court on the application of Christopher H. Fitzgerald, Esq. attorney for Plaintiff Jose Dolores for the *pro hac vice* admission of Rob Rickner, Esq.; and the Court having considered the certifications submitted in support of the application, which reflect that counsel satisfies the requirements set forth in Local Civ. R. 101.1 (c)(1); and the Court being advised that plaintiff consents to the application; and for good cause shown,

**IT IS ORDERED** that the application for the pro hac vice admission of counsel is granted;

**IT IS FURTHER ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that the movant shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that Rob Rickner, Esq. shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter; and

**IT IS FURTHER ORDERED** that counsel shall each pay $150.00 to the Clerk of the Court, pursuant to Local Civil Rule 101.1(c)(3)..

**SO ORDERED:**

November ____, 2021

_____
Hon. CATHY L. WALDOR
U.S. Magistrate Court Judge