

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*Ben Kuruvilla*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*ben.kuruvilla@usdoj.gov*

main: (973) 645-2700
direct: (973) 297-2085
fax: (973) 297-2010

July 14, 2022

**By ECF**
Honorable Cathy L. Waldor
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: ***Jose Dolores v. United States of America***
       **Civil Action No.: 21-CV-00765 KSH-CLW**

Dear Judge Waldor:

  I represent the Government in the above-captioned matter. I write jointly with plaintiff's counsel to submit the enclosed Discovery Confidentiality Order for the Court's endorsement.

  We thank the Court for its time and attention to this matter.

            Respectfully submitted,

            PHILIP R. SELLINGER
            United States Attorney

         By:  /s/ Ben Kuruvilla_____
            BEN KURUVILLA
            Assistant United States Attorney

cc:
  **(By ECF)**
  All Counsel of Record