PHILIP R. SELLINGER
United States Attorney
SAMANTHA R. D'AVERSA
Assistant United States Attorney
401 Market Street
P.O. Box 2098
Camden, NJ 08101
(856) 968 4928
Samantha.daversa@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE DOLORES,<br><br>      *Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      *Defendant.* | Hon. Katherine S. Hayden, U.S.D.J.<br><br>Civil Action No. 21-765 (KSH) (CLW)<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS** |

TO:   William T. Walsh, Clerk

Notice is hereby given of the below substitution of counsel on behalf of Defendant the United States of America in the above-captioned matter. The mailing address and telephone number of the superseding attorney are as indicated above.

| | |
|---|---|
| **/s/ Ben Kuruvilla**<br>BEN KURUVILLA<br>Withdrawing Attorney | **/s/ Samantha R. D'Aversa**<br>SAMANTHA R. D'AVERSA<br>Assistant U.S. Attorney<br>Superseding Attorney |

Dated: March 1, 2023

cc: All counsel of record (via electronic filing)